United States District Court of the District
of Columbia, Wash. D.C. 20001

Tyrone Hurt
461 4 St. N.W. #517
(202) 683-1876
Wash, D.C. 20001
        Plaintiff
V.
Metropolitan Police Dept.
Fourth (4th) District
D.C. Government
6001 Ga. Ave., N.W.
        Defendant

FILED
APR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER  1:06CV00738
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Civil Rights (non-employme[nt])
DATE STAMP: 04/24/2006

## Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 38, Section 1983, U.S.C., Title 28, Section 1331 & 1335, U.S.C. and the Fourteenth (14th) Amendment Right to the U.S. Constitution.

2. The Plaintiff respectfully states that said Defendant, in front of Decatur Liquor Store on 14th St. N.W., Wash, D.C., while said Plaintiff was getting his Social Security Supplemental check (SSI) chased said Defendants called said Plaintiff a liar and threaten to lock-up said Plaintiff up, after said Plaintiff told said Defendant that he was only going in said liquor store to cash said SSI check.

RECEIVED
APR - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(2)

Also, stating, that said Plaintiff lived in the neighborhood of 14th & Decatur St. N.W., but no avail, because said Defendant harrassed said Plaintiff for approximately two (2) minutes leaving said Plaintiff to leave said Decatur Liquor store and to go to another part of the neighborhood at 14th & Spring Rd., N.W. to chase said bet at a so-call check cashing place, where, said Plaintiff after said cashing said SSI check, said Plaintiff was accosted by said three (3) other Metro Police Officers, where, said Plaintiff was illegally searched in violation of said Plaintiff's <u>Fourth (4th) Amendment Right to the U.S. Constitution.</u> And thereafter, said Plaintiff displayed his non-driving <u>ID</u> to said Metropolitan Police Officers (employees of said D.C. Govt.) and released from illegal stop. <u>See Fourth (4th) Amendment Right to the U.S. Constitution.</u> Moreover, said Plaintiff respectfully states that he has just completed a twenty-three (23 yrs.) and six (6) month sentence of a twenty (20) year to life imprisonment for First Degree Murder and carrying a concealed weapon on a two (2) count indictment, which, said sentence was imposed by the Honorable Superior Court Judge Nicholas S. Nunzio in Dec. 1982, so, therefore said Plaintiff respectfully states that since the completion of said sentence and two (2) count indictment, all of

(3)

said Plaintiff' Constitutional Rights have been restored, forthwith, upon release from incarceration. See: Fourteenth (14th) Amendment Right to the U.S. Constitution.

## Memorandum of Law

1. See: Fourteenth (14th) Amendment Right to the U.S. Constitution.

Also See: All cases concerning harrassment and malicious interference, libel and slander

## Relief

1. The Plaintiff respectfully states that he seeks two (2) trillion dollars in punitive damages against said Defendants. See enclosure: SSI report.

## Certification of Service

I, Tyrone Hurt, the Plaintiff, hand respectfully states that I have upon this 5th day of April, 06 have sent the foregoing complaint, to the U.S. District Court clerk's office, to make service upon the Attorneys for the Defendants.

Respectfully Submitted,
Tyrone Hurt
Mr. Tyrone Hurt
(Plaintiff Pro-Se)
461 H St. N.W. #517
Wash. D.C. 20001

SOCIAL SECURITY
2100 M ST NW
WASHINGTON DC 20037

**Social Security Administration**
**Supplemental Security Income**
Notice of Change in Payment

Date: November 27, 2005
Claim Number: 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 DI

270  B100,M4E,007,001825    000001825 01 AT    0.292

TYRONE HURT
P O BOX 50253
WASHINGTON DC 20091-0253

We are writing to tell you about changes in your Supplemental Security Income payments. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Information About Your Payments**

- The amount due you beginning January 2006 will be $603.00.

- The amount due you is being raised because the law provides for an increase in Supplemental Security Income payments in January 2006 if there was an increase in the cost-of-living during the past year.

**You Can Review The Information in Your Case**

The decisions in this letter are based on the law. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Any Questions."

See Next Page

SSA-L8151

11/27/2005

**Things To Remember**

- Your payments may change if your circumstances change. Therefore, you are required to report any change in your situation that may affect your Supplemental Security Income payment. For example, you should tell us if you move, if anyone else moves from or into your household, if your marital status changes, if income or resources for you or members of your household change, if your medical condition improves or if you go to work.

- You may use this letter when you need proof of your SSI payment amount for other assistance programs such as food stamps, rent subsidies, energy assistance, medical assistance, bank loans, or for other purposes. However, if you get another letter saying your SSI payment is changing again, use that letter instead.

- We may share information about you with other government agencies that pay benefits. Agencies use such information to see if a person qualifies for benefits. We sometimes use computer matching to share information and compare our records with those of other Federal, State, or local government agencies. The law allows us to use computer matching even if you do not agree.

**If You Disagree With The Decision**

If you disagree with the decision, you have the right to appeal. We will review your case and consider any new facts you have.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- To appeal, you must fill out a form called "Request for Reconsideration." The form number is SSA-561. To get this form, contact one of our offices. We can help you fill out the form.

**How To Appeal**

There are two ways to appeal. You can pick the one you want. If you meet with us in person, it may help us decide your case.

- Case Review. You have a right to review the facts in your file. You can give us more facts to add to your file. Then we'll decide your case again. You won't meet with the person who decides your case. This is the only kind of appeal you can have to appeal a medical decision.

SSA-L8151

11/27/2005

- **Informal Conference.** You'll meet with the person who decides your case. You can tell that person why you think you're right. You can give us more facts to help prove you're right. You can bring other people to help explain your case.

### If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

### If You Have Any Questions

For general information about SSI, visit our website at www.socialsecurity.gov on the Internet. There, you will also find the law and regulations about SSI eligibility and SSI payment amounts.

For general questions about SSI or specific questions about your case, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 202-653-5040. Our lines are busiest early in the week and early in the month, so if your business can wait, it's best to call at other times. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

    SOCIAL SECURITY
    2100 M STREET NW
    WASHINGTON DC 20037

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Jo Anne B. Barnhart*

Jo Anne B. Barnhart
Commissioner
of Social Security

SSA-L8151

11/27/2005

## HOW WE FIGURED YOUR PAYMENT FOR January 2006 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $603.00 |
| We didn't subtract (-) any income from SSI money | − 0.00 |
| **Total Monthly SSI Payment for January 2006 on** | $603.00 |

SSA-L8151