United States District Court for District of Columbia, Wash, D.C. 20001

Tyrone Hurt
261 A St. N.W, #517
(202) 682-1876
Wash, D.C. 20001
    Plaintiff
vs.
Met. Police Dept.
Fourth (4th) District
D.C. Govt.
6001 Ga. Ave, N.W.
    Defendant

FILED
APR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No.
06 0738

Motion for Court-Appointed Counsel, Pursuant to Title 18, Section 3006A, U.S.C.

I, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable U.S. District Court to appoint counsel, Pursuant to Title 18, Section 3006A, U.S.C, for the following reasons:

1. The Plaintiff respectfully states that he is out of work and can't afford counsel, pursuant to Title 18, Section 3006A, U.S.C.

Certification of Service

I, Tyrone Hurt, the Plaintiff, and respectfully states that I have upon 6th Day of April, 06, have sent the foregoing motion, to the U.S. District

3

RECEIVED
APR - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(2)

Court Clerk's Office, to make service upon the attorneys for the Defendants.

Respectfully Submitted,

s/ _Tyrone Hoyt_

Mr. Tyrone Hoyt
(Plaintiff, Pro-Se)