United States District Court for the District of Columbia; Wash. D.C. 20001

Tyrone Hunt
461 H St. N.W. #517
(233) 685-1876
Wash, D.C. 20001
        Plaintiff

Vs.

Met. Police Dept.
Fourth (4th) District
Wash. D.C. 20001
        Defendant

Civil Action No.
06-738-CKK

## Amendment to the Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 28, Section 1983, U.S.C., Title 28, Section 1331 & 1332, U.S.C., and the Eighth (8th) Amendment Right to the U.S. Constitution. Also see: Fourteenth (14th) Amendment Right to the U.S. Constitution.

### Statement of the Case:

2. Plaintiff respectfully states that while on his way to cash his SSI check at the check

RECEIVED
MAY - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clothing Store, where in the year of Aug. 7th, 1995, said Defendant showed said Defendants his proper ID and was illgally stopped when said Plaintiff told said Defendants that he was parole and on his way to a Medical Clinic at 1135 Spring. RD, N.W., where he receives treatment for a mental illness, which said violation stated herein is in violation of said Plaintiff('s) Plaintiffs' <u>Fifth (5th), Fouth (4th), amendment Rights to the U.S. Constitution.</u>

### Memoranda of Law,

1. See: <u>Fifth (5th) and Fouth (4th) amendment Rights to the U.S. Constitution.</u>

Also See: <u>All cases concerning maliciuos interference.</u>

### Supplement Information of amendment to the Comp. Paint.

1. Plaintiff respectfully states that said Defendants commented to said Plaintiff as to what

he was being released or not knowing said Plaintiff told said Defendant that he was on parole, and that why he was out, which is in violation of the Plaintiff's <u>Fourteenth (14th) Amendment Right</u> to the U.S. Constitution.

## Memorandp of Law.

1. See: <u>Plaintiffs Original Complaint that has not been docketed by said U.S. District Curt for the District of Columbia.</u>

## Relief

1. Plaintiff seeks an additional one(1) Million Dollars in punitive damages against said Defendants.

Respectfully Submitted
S/ Wynn Arthur
(Plaintiff, Pro-se)

PB-16
(Revised 10/81)

# BOARD OF PAROLE
## DISTRICT OF COLUMBIA
## CERTIFICATE OF PAROLE

### ADULT
APC# 17224-96

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that Hurt, Tyrone D.C.D.C. 145-141 is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on May 21, 19 96, and that said person remain under supervision within the limits of the Washington, Metro Area (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia) until Life, ____; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this 7th day of August, 19 95.

The above-named was released on the ____ day of ____, 19 ____.

Administrator
A TRUE COPY
TEST

Director, Michael Green
Parole Determination
D.C. Board of Parole

81—P5804