United States District Court for the District of
Columbia, Wash. D.C. 20001

Tyrone Hunt
461 H St. N.W. #517
(202) 603-1896
Wash. D.C. 20001

~~Appellant~~ ~~Defendant~~
Plaintiff

Vs.

Met. Police Dept.
3rd District
D.C. Government
Wash. D.C. 20001

Defendant

Civil Action
No. 06-738 CKK

## Amendment to the Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 42, section 1983, U.S.C., Title 28, section 1331 & 1333, U.S.C., and Eighth (8th) Amendment Right to the U.S. Constitution.

2. The Plaintiff demands a trial by jury on issues involved.

## Statement of the Case

1. The Plaintiff respectfully states that it said Defendants would screw said parolee by said proper means knowing that all law enforcement was alerted when said Plaintiff was paroled by said D.C. Board of Parole through proper channels that said Plaintiff-Parolee had to go through in order to be released on proper, knew said Defendants and including all law enforcement would continuously violate said Plaintiff's Constitutional rights knowing that said Plaintiff-Parolee had served his sentence imposed by said Superior Court Judge, Nicholas S. Nunzio, then, said Plaintiff, Parolee would not have to petition the Federal Courts with constitutional violations committed by said Defendants, see enclosed Board of Parole certificate, know that said Plaintiff-Parolee is able and cable of protecting his <u>constitutional rights</u> while in possession of legal documents in control of said Plaintiff Parolee through proper legal channels.

## Memorandum of Law

(1 See) Fifth (5th) and Eighth (8th) Amendment Rights to the United States Constitution.

## Relief

1. The Plaintiff seeks in addition two (2) million dollars in punitive damages against said Defendants.

## Certification of Service

I, Tyrone Hurt, the Plaintiff, and respectfully states that I have upon this 3rd day of May, 06, have sent the foregoing complaint amended, to the Clerk, U.S. District of ~~Columbia~~, Court for the District of Columbia, to make service upon the attorneys for the Defendants.

Respectfully Submitted,
Tyrone Hurt
(Plaintiff, Pro-Se)