# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Tyrone Hurt,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Metropolitan Police Department,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil No. 06-738 CKK |

AFFIDAVIT

I, NADINE CHANDLER WILBURN, swear and affirm that the following is true and accurate to the best of my knowledge, information and belief:

1. I am the Assistant Deputy Attorney General for the Civil Litigation Division, Office of the Attorney General, the former Office of the Corporation Counsel. In that capacity, I assist the Deputy of the Division with, among other things, the operation of the Division. The Deputy and the Assistant Deputy had supervisory authority over the Claims Unit, which was part of the Division, until December 15, 2003. At that time, the jurisdiction over claims and the claims investigation process was transferred to the District of Columbia Office of Risk Management. While under my supervision, the Claims Unit received, processed, and investigated potential claims against the District of Columbia, pursuant to D.C. Official Code § 12-309.

2. Receipt of written notice of claims against the District of Columbia came directly to the Corporation Counsel's Claims Unit or to the Claims Unit from the Mayor's Correspondence Unit for processing. When the Claims Unit in the Corporation Counsel's Office received notices of claims either from the Mayor's Office or directly,

the Claims Unit logged receipt of such notice in its matter management system. The Civil Litigation Division maintains its claims matter management system for claims received and processed while the Claims Unit was in the Division.

3. I have conducted a diligent search of the records of the Office of Attorney General and have requested that the Office of the Mayor conduct a search of its records. The result of both searches is that a claim letter from or on behalf of Tyrone Hurt, relating to his potential claim(s) against the Metropolitan Police Department or District of Columbia as alleged in the complaint in this matter was not received by the Office of the Attorney General. I understand that the original Complaint, First Amended Complaint and Second Amended Complaint involve allegations by Mr. Hurt that he was illegally stopped, harassed and/or threatened by unnamed MPD officers.

4. I have provided this affidavit of my own free will and was neither coerced, threatened nor promised remuneration of any kind to do so.

Dated: 6/14/06

NADINE CHANDLER WILBURN

I, Dawnie Dyke, a Notary Public in and for the District of Columbia, do hereby certify that, NADINE CHANDLER WILBURN, whose name is signed to the foregoing Affidavit, bearing the date the 14 day of June, 2006, personally appeared before me and executed the said Affidavit, and acknowledged the same to be her act and deed.

And the said, NADINE CHANDLER WILBURN, further made oath that she had carefully read and fully understood the same, and that her execution thereof was voluntary.

Given under my hand and official seal this 14th day of June, 2006.

NOTARY PUBLIC

My commission expires: Jan. 31, 2009

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Tyrone Hurt,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-738 CKK |
| **v.** ) | |
| ) | |
| **Metropolitan Police Department,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### AFFIDAVIT OF MIA POWELL LILEY

I, MIA POWELL LILEY, being duly sworn, states that the following is true to the best of my knowledge, information and belief:

1. I am the Manager, Settlements and Judgments for the Tort Liability Division, District of Columbia Office of Risk Management. The Tort Liability Division receives, processes and investigates potential claims against the District of Columbia, pursuant to D.C. Official Code § 12-309 (2001 ed.). The Office of Risk Management commenced to receive potential claims on January 15, 2004.

2. Receipt of written notice of claims against the District of Columbia, are forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims either from the Mayor's Office or directly, the Tort Liability Division records the receipt of such notice in its claims management system.

3. Claims previously handled by the Claims Unit for the Office of the Attorney General still under investigation as of January 15, 2004, were also transferred to the Office of Risk Management and recorded in its claims management system.

4. I have conducted a diligent search of the records placed in the Risk Management

system in the DC Office of Risk Management. The result of this search has revealed that the Tort Liability Division of the District of Columbia Office of Risk Management, has not received any claim notice from TYRONE HURT, that referred to allegations that he was illegally stopped, harassed and/or threatened by unnamed MPD officers. No further claim notices have been received from or on behalf of Tyrone Hurt.

_____
MIA POWELL LILEY

DISTRICT OF COLUMBIA, ss:

I, Susana Suarez, a Notary Public in and for the District of Columbia, do hereby certify that MIA POWELL-LILEY, whose name is signed to the foregoing affidavit, bearing the date of the 15 day of June 2006, personally appeared before me and executed the said release, and acknowledged the same to be her act and deed.

Given under my hand and official seal this 15 day of June 2006.

_____
NOTARY PUBLIC
My Commission Expires: _____

SUSANA SUAREZ
NOTARY PUBLIC OF COLUMBIA
My Commission Expires
August 14, 2010

2