United States District Court for the
D.C. : Wash, D.C 20001

Tyrone Hunt
461 H St N.W. #517
(202) 482-5598 cellphone subject to
change's
Wash, D.C 20001

                    Plaintiff

            v,

Met, Police Depts

                    Defendant

Civil Action
No. 738-CKK

**RECEIVED**

JUL - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Summary Reversal.

Comes now, Tyrone Hunt, the Plaintiff, and
respectfully moves the U.S District Court for the
D.C, for Summary Reversal, for the following
reasons:

1. The Plaintiff respectfully states that said Plaintiff
has provided said Court (U.S. Dist Court for the
D.C with all relevant documents in this case
and also, there is no statute of limitations in

this Honorable U.S. Dist Court for the D.C., so that say said Plaintiff is free too file in said Honorable U.S. Court Dist Court to the D.C. no matter however the length of time for his allegations and complaints and no matter who and if dismiss by said Honorable U.S. Dist Court Judge, said appellant can and has the right of appeal process and thereon to the U.S. Supreme Court of the U.S.

<u>Statement of the Case.</u>

1. The Plaintiff respectfully states that while residing at 1730 7th St. N.W. #102, said Plaintiff was stopped by the Met, Police and questioned about the sell of narcotics and said plaintiff answered negative because he was on his way to cash his SSI check at the Check Cashing Store, where in the year of Aug. 27, 7th, 1995, said Plaintiff showed said Defendants his proper I.D and was

(3)

illegally arrested when said Plaintiff told said Defendants that he was on parole and on his way to a — mentally (Physical Clinic at 1138 Spring Rd., N.W.) where he receives treatment for mental illness, which said violation stated herein is in violation of said Plaintiffs' ~~Fifth (5th)~~ Fourth (4th) Amendment Rights to the U.S. Constitution.

---

## Memorandum of Law.

1. See: ~~Fifth (5th)~~ was Fourth (4th) Amendment Rights to the U.S. Constitution.

Also See: All cases concerning malicious interference.

In Addition, Plaintiff repeatedly states that said Honorable Defendants consented to said Plaintiff as to what he was doing released or not knowing said Plaintiff told said Defendant that he was on parole, and that's why he was out, which is in violation of the Plaintiffs' Fourteenth (14th)

(4)

Amendment Right to the U.S. Constitution.

## Memorandum of Law;

1. See! Plaintiffs' Fifth (5th) and Fourth (4th) Amendment Right to the U.S. Constitution.

Also see! All cases concerning Human Rights Violations and U.S. Constitution.

## Relief

1. Plaintiff seeks two (2) trillion dollars in punitive damages against the Defendants

Affidavit of Poverty, Pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hunt, the Plaintiff, correspondently states that because of my poverty, that I am unable to pre-pay the main costs or fees for the filing

of the foregoing motion, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

## Certification of Service

I, Tyrone Hurt, the Plaintiff, am respectfully states that I have upon this ___29th___ Day of June 06, have sent the foregoing motion, to the U.S. District Court for the D.C., to make service upon the attorneys for the Defendants.

Respectfully Submitted

S/ Tyrone Hurt

(Plaintiff, Pro-se)