## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tyrone Hurt, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 06-738 CKK |
| v. | ) | |
| | ) | |
| Metropolitan Police Department, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S SUPPLEMENT TO ITS MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Defendant, Metropolitan Police Department ("MPD"), by and through undersigned counsel and the Office of the Attorney General, pursuant to F.R.C.P. 12(b)(6) and 56, hereby submits this Supplement to its Motion. In its original Motion, the defendant argued (in Part II) that the plaintiff did not provide any proof that MPD, the named defendant, or even the District was served.

Subsequent to this filing, on January 16, 2006, an affidavit was filed by the U.S. Marshal service. This affidavit purports to show, in the Remarks section, that the U.S. Marshal "left documents [with] front desk Secretary Holcome."

This affidavit demonstrates that the plaintiff did not comply with F.R.C.P. 4, which describes proper service on the District. The plaintiff cannot demonstrate that Secretary Holcome was authorized to accept service for MPD, which is a *non sui juris* entity and, therefore, not capable of being sued. Moreover, Secretary Holcome was not authorized to accept service for the District of Columbia. Therefore, with these additional facts, the Court must conclude that the plaintiff did not properly serve the defendant or the District and should dismiss the plaintiff's case.

1

WHEREFORE, the defendant respectfully requests that the Court dismiss the plaintiff's claims in their entirety.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2006, a copy of the foregoing Supplement to its Motion to Dismiss or Alternatively, for Summary Judgment was mailed postage prepaid to:

Tyrone Hurt
461 H Street, NW #517
Washington, DC 20001


*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo
Assistant Attorney General