UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tyrone Hurt, )<br>)<br>        Plaintiff, )<br>) | Civil No. 06-738 CKK |
|    v. )<br>) | |
| Metropolitan Police Department, )<br>) | |
|         Defendant. )<br>_____) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY REVERSAL**

Defendant, Metropolitan Police Department ("MPD"), by and through undersigned counsel and the Office of the Attorney General, hereby moves the Court to strike his Motion for Summary Reversal, because it does not ask for a permissible form of relief under the rules. A Memorandum of Points and Authorities and proposed order is attached hereto.

Pursuant to LCvR 7 (m), undersigned counsel attempted to contact *pro se* plaintiff on July 13, 2006, to gain his consent to the relief sought herein. However, upon information and belief, the telephone number listed in the plaintiff's complaint is disconnected. Undersigned counsel also tried to decipher the telephone number listed in the caption of the plaintiff's motion and called variations of that number. Each of these variations was identified as being disconnected telephone numbers.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

        */s/ Holly M. Johnson /s/*
        HOLLY M. JOHNSON [476331]
        Section Chief
        General Litigation Section III

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo [468306]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202) 724-6515
        (202) 727-3625 (fax)
        Dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>July 17, 2006</u>, a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was mailed postage prepaid to:

Tyrone Hurt
461 H Street, NW #517
Washington, DC 20001

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Tyrone Hurt,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-738 CKK |
| **v.** ) | |
| ) | |
| **Metropolitan Police Department,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY REVERSAL**

Defendant, Metropolitan Police Department ("MPD"), by and through undersigned counsel and the Office of the Attorney General, hereby moves the Court to strike his Motion for Summary Reversal, as he is not asking for a permissible form of relief under the rules. In support of this Motion, the defendant states as follows:

1. On April 24, 2006, the *pro se* plaintiff filed the original Complaint in this matter. On May 1, 2006, the plaintiff filed an Amended Complaint (hereinafter, "First Amended Complaint"). On May 8, 2006, the plaintiff filed another Amended Complaint (hereinafter, "Second Amended Complaint").

2. On June 15, 2006, the defendant filed a comprehensive Motion to Dismiss, or Alternatively, for Summary Judgment. The grounds for the Motion included the following arguments: 1) MPD is not a suable entity; 2) the plaintiff has not provided any proof of service on the defendant; 3) the plaintiff's First Amended Complaint is barred by the statute of limitations; 4) the plaintiff's common law claims must be dismissed

because he has not provided notice consistent with D.C. Code § 12-309; and 5) the complaint does not comply with F.R.C.P. 8(a).[1]

3. On July 5, 2006, the Court issued an Order, requiring the plaintiff to respond to the defendant's motion by August 10, 2006.

4. On July 3, 2006, the plaintiff filed a Motion for Summary Reversal.

5. In this filing, as well as each of the plaintiff's prior filings (including the three Complaints), the plaintiff's handwriting is practically illegible and unreadable. Undersigned counsel would request that the Court direct the plaintiff to either write his filings more legibly or direct him to type his filings.

6. Moreover, the plaintiff cites no legal authority to support his request for summary reversal. As a practical matter, the Court has not issued an Order against the plaintiff. Therefore, there is no reason why the plaintiff should ask this Court to reverse any prior order.

7. Additionally, the plaintiff did not comply with Local Rule 7, which requires him to attempt to obtain consent from undersigned counsel.

WHEREFORE, for all of the reasons cited herein, the defendant respectfully requests that the Court strike the plaintiff's Motion for Summary Reversal.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*

---

[1] On July 13, 2006, undersigned counsel filed a Supplement to that Motion.

4

HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III


*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Tyrone Hurt,** )<br>)<br>**Plaintiff,** )<br>) **Civil No. 06-738 CKK**<br>**v.** )<br>)<br>**Metropolitan Police Department,** )<br>)<br>**Defendant.** )<br>_____) | |

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION
FOR SUMMARY REVERSAL**

Upon consideration of the defendant's Motion to Strike Plaintiff's Motion for Summary Reversal, any opposition thereto and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED:    that the Motion is GRANTED; and it is

FURTHER ORDERED:    that the Plaintiff's Motion for Summary Reversal is HEREBY STRICKEN FROM THE RECORD.

_____
Judge Kollar-Kotelly

Copies to:

Dana K. DeLorenzo
Assistant Attorney General
441 4th Street, N.W. 6th Floor South
Washington, D.C. 20001

Tyrone Hurt
461 H Street, NW #517
Washington, DC 20001