United States District Court for the D.C.
Wash. D.C. 20001

Tyrone Hunt
461 H St. N.W. # 511
484-5598 — subject to change
Wash. D.C. 20001

vs, Appellant / Plaintiff

Met. Police Dept.,
D.C. Gov't.
Appellee / Defendant

Civil No.
738-CKK

Plaintiff's Supplemental information and Added information to complaint No. 06-738-CKK.

Comes now, Tyrone Hunt, the Plaintiff, and respectfully moves the Honorable U.S. District Judge, Colleen Kollar-Kotelly, for leave to supplemental information and Added information to complaint No. 06-738 CKK, for the following reasons;

1. The Plaintiff respectfully states that on 4/24/06 said Plaintiff filed a complaint against Met. Police Dept. and on 4/24/06 summons against

Met. Police Dept., Defendant, was not issued by the Hon. U.S. Dist. Court for the Dist. Court of Columbia: See: 06-cv-738-CKK and the District of Columbia was not served because said U.S. Dist. Court for the Dist. of Columbia failed to serve said Defendant a said herein because said U.S. Marshal "Left documents with the Desk Secretary Holcombe". Through no activity of the Plaintiff, so, therefore, said erroneous affidavit demonstrates that said Plaintiff did comply with F.R.C.P. is in violation of F.R.C.P. 4 violation of the Plaintiffs' Eighth (8th) Amendment Right to the U.S. Constitution.

Furthermore, said complaint No. 738-CKK, is a legitimate complaint which was filed proper by said Plaintiff on 4/24/06 and therefore should have been served upon the Defendant by the U.S. Dist. Court for the District of Columbia.

## Memorandum of Law.

1. See: Fourth (4th) and Fifth, and Eighth (8th) Amendment Rights to the U.S. Constitution. Also See: All cases concerning malicious interference. See: Board of Parole's Certificate of Parole.

## Relief.

1. Plaintiff seeks two (2) trillion dollars in additional punitive damages against said Defendants and all other relief sought in the U.S. Dist. Court for the Dist. of Columbia, original complaint.

Respectfully Submitted,

_____
(Plaintiff, Pro-se)