United States District Court for the D.C.
Wash, D.C. 20001

Tyrone Hunt
461 H St. N.W. #517
Wash, D.C. 20001
    Plaintiff

vs.

Met. Police Dept.
    Defendant

Civil Action No.
06-R-00738-CKK

Supplement Information by Tyrone Hunt in Answer to Defendants' Reply to Plaintiffs' Opposition to its Motion to Dismiss for Summary Judgment and Plaintiffs Dodges; Information and Motion for Summary Reversal in answer to Defendants Reply to ~~Plaintiffs'~~ Defendants Motion to Dismiss.

---

Comes Now, Tyrone Hunt, the Plaintiff, and respectfully issues the Honorable Judge, Colleen Kollar-Kotelly to grant Plaintiffs' Motion for Summary Reversal in opposition to Defendants' Reply to Plaintiffs' Opposition

**RECEIVED**

JUL 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to it's Motion to Dismiss or for Summary Judgment, for the following reasons:

1. The Plaintiff respectfully states that on 5/13/06, summons was issued as to the Metropolitan Police Dept., 3rd District by the Honorable U.S. District Court for the District of Columbia, so therefore, that is proper service upon the Defendant in said jurisdiction of the U.S. District Court for the D.C. and moreover, pursuant to Title 13-309, D.C. Code does not apply to the U.S. District Court for the D.C. because the Superior Court of the D.C. is the only jurisdiction in District of Columbia, pursuant to Title 13-309, D.C.C., that said jurisdictional question concerning Title 13-309, D.C.C., a three (3) year statute of limitation applies but since this complaint was filed in the U.S. District Court for the D.C. where there is no statute of limitation because said Honorable Judges retain a lifetime tenure

and own interpretation of constitutional violations both civilly and criminally in said court and jurisdiction. Furthermore, the Plaintiff respectfully states that this Honorable Court; see; Civil Action No. 06-cv-738-CKK, received, April 7, 06, by this Honorable Court and all other filings by the Plaintiff — Motion for Appointment of Counsel, Pursuant to Title 18, Section 3006 A, U.S.C.

### Memorandum of Law

1. See; Eighth (8th) amendment right to the U.S. Constitution.

Also see; enclosure in this case, Board of Parole certificate by the P.G. Board of Parole and if more investigation by this Honorable Court is needed, See; Parsons attorney, Roger G. Adams, U.S. Dept. of Justice.

(4)

## Relief

1. Plaintiff seeks one(1) trillion dollars in punitive damages against the Defendant in this suit answer to Motion to Dismiss and all other relief sought in the original complaint one(1) trillion dollars in punitive damages against the Defendant.

Respectfully Submitted
s/ Tyrone Hurt
(Plaintiff, Pro-se)

## Certification of Service

I, Tyrone Hurt, the Plaintiff, and respectfully states that I have upon this 28th Day of July, 06, have sent the foregoing supplemental information, to the Clerk, U.S. Dist. Court for the D.C., to make service upon the attorneys for the Defendants.

Respectfully Submitted
s/ Tyrone Hurt
(Plaintiff, Pro-se)