UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tyrone Hurt,                              :
                                          :
        Plaintiff,                        :
    v.                                    :        Civil Action No. 06-0738 (CKK)
                                          :
Metropolitan Police Department,           :
                                          :
        Defendant.                        :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the complaint against the Metropolitan Police Department is dismissed; it is

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 17(a), the District of Columbia is substituted as the sole defendant; it is

FURTHER ORDERED that defendant's motion to dismiss [Dkt. No. 6] is GRANTED; it is

FURTHER ORDERED that plaintiff's motions for counsel [Dkt. No. 3] and for summary reversal [Dkt. No. 10] are DENIED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: November 29, 2006

Paper Copy to:

Tyrone Hurt
461 H Street, NW
Apartment 517
Washington, DC 20001