# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_Tyrone Hutt_
_____
Plaintiff

vs.   Civil Action No. _06-738(CKK)_

_Met. Police Dept._
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _22nd_ day of _Jan._, 20_06_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _28th_ day of _Nov._, 20_06_ in favor of _Defendant_ against said _Plaintiff_

_____
_[signature]_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated: _Met. Police Dept., Wash. D.C., 20001_

**RECEIVED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT