United States Dist. Ct. for the

Tyrone Hurt   Wash. D.C. 20001
461 H St. N.W. #511
(202) 359-7836
Wash. D.C.
          20001
          Plaintiff
  vs.
D.C. Government
Met. Police Dept.
          Defendant

Civil Action No. 06-738 (CKK)

<u>Motion for leave to appeal in forma pauperis</u>

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves to Honorable Panel of the U.S. Court of appeals for the D.C. Cir. for leave to appeal in forma pauperis, for the following reasons:

1. The Plaintiff/Appellant respectfully states that he now includes and asserts the D.C. Government as an entity that may be sued in accordance with <u>Memorandum Opinion</u>. Moreover, said Plaintiff is over 18 yrs. of age (60 yrs. old as-of-date) (birth date: 2/9/46). Moreover, dismissal as time barred is erroneously applied here because of the Plaintiffs' constitutional claims which was properly brought under Title 42, Section 1985, U.S.C., also see: Title 28, Section 1331 & 1332, U.S.C.

Furthermore, said catchall three-year provision is prescribed for the Superior Court of the D.C. which, said jurisdictions are different, so, Therefore, said a dismissal or time barred is in violation of the plaintiffs' Eighth (8th) Amendment Right to the U.S. Constit.

## Memorandum of Law:

1. See: Eighth (8th) Amendment Right to the U.S. Constitution, Fourth (4th) Amendment Right to the U.S. Const. Also see: Title 42, Sec. 1331, U.S.C., Title 28, Section 1332, U.S.C.

## Relief

1. The plaintiff seeks two (2) trillion dollars in punitive and monetary damages against said Defendants in the U.S. Dist. Ct. for the D.C. and two (2) trillion dollars in punitive and monetary damages against said plaintiff Defendants in the Panel of the U.S. Court of Appeals for the D.C. Circuit.

## Certification of Service

I, Tyrone Hurt, the plaintiff, said respectfully states that I have upon this ssux day of Jan. 07, have sent the foregoing motion, to the U.S. Court of Appeals for the D.C. Circuit, to make service upon the Dfts. for the Dft.

Respectfully submitted,

_____
[signature]
(Plaintiff, Pro-Se)