United States District Court for the D.C.
Wash. D.C. 20001

```
Tyrone Hurt
461 H St. N.W. #577
(202) 289-7836
Wash. D.C.
        20001
        Plaintiff
    vs.
D.C. Gov't,
Met. Police Depart.,
        Defendant.
```

Civil Action No. 06-738-(CKK)

RECEIVED
JAN 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Amendment to the Motion for Notice
of Appeal in forma pauperis.

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves a Honorable Panel of the U.S. Court of Appeals for the D.C. Cir., to amend said motion for notice of appeal in forma pauperis, for the following reasons:"

1. The Plaintiff respectfully states that non compos mentis, as defined in Black's Law Dictionary, Revised Fourth (4th) Edition, "Sound of mind. Having use and control of one's mental faculties".

Certification of Service

I, Tyrone Hurt, the Plaintiff, and respectfully states that I have upon this 22nd day of Jan. 07, have sent the foregoing amendment, to the U.S. Dist. Ct, for the D.C., to make service upon the atty. for the Defts.

Respectfully submitted,
/s/ [signature]
(Plaintiff, Pro-Se)