United States District Court for the D.C.
Wash. D.C. 20001

Tyrone Hurt
461 H St. N.W. #511
Wash. D.C. 20001

    vs. Plaintiff

Met. Police Dept, Defendant.

Civil Action No.
06-CV-738(CKK)

RECEIVED
FEB - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Answer to Minute Order Denying Plaintiffs' Motion for Leave to Appeal in forma pauperis.

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves a Honorable U.S. Dist. Ct, for the Judge, Colleen Koller-totally, for an answer to Minute Order, denying Plaintiffs Motion for leave to appeal in forma pauperis, for the following reasons:

### Statement of the Case
### Providing information of financial status.

1. That said Plaintiff is unable to pre-pay the said costs or fees for the filing of the foregoing statement that I am unable to give security for same, that I believe that I am entitled to the redress that I now seek.

## Certification of Service

I, Tyrone Hunt, the Plaintiff, and respectfully states, that because I have upon this 31st day of January, have sent the foregoing statements to the Hon: Judge, Colleen-Kotelly, to make service upon the Atts. for the Defts,

Respectfully submitted,

Tyrone Hunt
(Plaintiff, Pro-se)