United States District Court for D.C.

Tyrone Hurt
461 H St. N.W. #517
Wash, D.C. 20001
Wash, D.C. 20001

  Plaintiff
 vs.
Met. Police Depart.
  Defendant.

06-cv-738-CKK
Hurt vs. Met. Police Depart.

RECEIVED
FEB 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Affidavit of Poverty,
Pursuant to Title 28,
Section 1915, U.S.C.

Comes now, Tyrone Hurt, the Plaintiff and respectfully moves a Honorable U.S. Dist. Ct. for D.C. Judge, Colleen Kollar-Kotelly, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that on 2/5/07 Honorable U.S. Dist. Judge, Colleen Kollar-Kotelly denied Plaintiff's Amended Motion for Leave to appeal in forma pauperis because Plaintiff has failed again to provide any financial information (See: Order of Jan. 24, 07).

Affidavit of Poverty,
Pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff also respectfully

states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing affidavit, that I am unable to give security for the same, that I am entitled to the redress that I now seek.

### Certification of Service

I, Tyrone Hurt, the plaintiff, and respectfully stated that I have upon this 15th day of Feb. 07 have sent the foregoing affidavit, to the Hon. Judge Colleen Kollar-Kotelly, U.S. Dist. Ct. Judge, to make service upon the Atts. for the Defts.

Respectfully Submitted,
/ Tyrone Hurt
(Plaintiff)(Pro-se)